UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TEXAS BORDER COALITION, | ) | CIV. NO. 08-848 (RBW) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY; ROBERT F. | ) | |
| JANSON, ACTING EXECUTIVE DIRECTOR, | ) | |
| ASSET MANAGEMENT OF U.S. CUSTOMS | ) | |
| AND BORDER PROTECTION, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' NOTICE OF APPEARANCE

Defendants hereby provide notice of appearance of undersigned counsel, Donna S. Fitzgerald and Jacob Haseman, for defendants in the above-captioned case.

Dated: May 21, 2008                         Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General


   /s/ Donna S. Fitzgerald
DONNA S. FITZGERALD
Trial Attorney
Connecticut Bar No. 411810
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D. St., N.W. Room 3104
Washington D.C. 20004
(202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

JACOB T. HASEMAN
Trial Attorney
Wyoming Bar No. 6-4238
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0240
        Facsimile: (202) 305-0274
        E-mail: jacob.haseman@usdoj.gov

        Counsel for Defendants