Peter A. Schey (Cal Bar #58232)
Carlos Holguin (Cal Bar # 90754)
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 304
Facsimile: (213) 386-9484

Jim Tom Haynes (D.C. Bar #340422)
1555 Connecticut Ave NW
Suite 200
Washington, DC 20036
Telephone: (202) 293-3123
Facsimile: (202) 293-6230

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEXAS BORDER COALITION<br><br>Plaintiff,<br><br>v.<br><br><br>MICHAEL CHERTOFF, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ROBERT F. JANSON, ACTING EXECUTIVE DIRECTOR, ASSET MANAGEMENT OF U.S. CUSTOMS AND BORDER PROTECTION.<br><br>Defendants. | § <br> § <br> § CIVIL ACTION NO: 08-CV-0848 (RBW) <br> § <br> § RETURN OF SERVICE OF <br> § SUMMONS <br> § <br> § <br> § <br> § |

## DECLARATION OF WENDY HERNANDEZ

I, Wendy Hernández, depose and say:

1. I am over the age of eighteen and am not a party to this action. I am employed as an Administrative Assistant of the Center for Human Rights and Constitutional Law (CHRCL), a non-profit legal services organization located at 256 S. Occidental Blvd., Los Angeles, CA 90057.

2. On June 26, 2008 I retained District of Columbia Process Server Nicky Davis of Capitol Process Services to serve the complaint and summons dated May 16, 2008 on Jeffrey A. Taylor, United States Attorney. Attached as Exhibit A is a true and correct copy of the request for service. On the same day, I caused to be served via certified mail, return receipt requested, a copy of the summons and related documents on Secretary Michael Chertoff, Attorney General Michael Mukasey and Acting Executive Director Robert Janson. Attached as Exhibit B is a true and correct copy of the cover and certified mail receipts.

3. On July 1, 2008, Ambiko Guice made service to U.S. Attorney Taylor by delivering the summons and complaint to U.S. Attorney Taylor's Correspondence Clerk, Gary Nails. Attached as Exhibit C is a true and correct copy of the Affidavit of Service form executed by Mr. Guice.

4. On July 10th and July 16th, 2008, I received return receipts from Attorney General Mukasey and Secretary Chertoff, respectively confirming their receipt of the summons and related documents. Attached as Exhibit D is a true and correct copy of the return receipts. I have yet to receive a return receipt from Acting Executive Director Janson.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 29th day of August, 2008, in the City and County of Los Angeles, State of California.

_____
Wendy Hernández

Exhibit A

 **CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW**
256 SOUTH OCCIDENTAL BOULEVARD
LOS ANGELES, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
www.centerforhumanrights.org

June 26, 2008

Capitol Process Services
1827 18th St., NW
Washington, DC 20009

To Whom It May Concern,

Please find enclosed a summons and a copy of the complaint that needs to be served at the following address upon your receipt:

Jeffrey A. Taylor
United States Attorney
501 3rd St., NW
Washington, DC 20001

Once the document has been served, please fill out and send back to us the Return of Service form. You should return it to us using FedEx 2-3 Day Service, using our account number 2480-2185-3.

Please contact me with any questions or clarifications at 323-388-8693 x301.

Thank you,

Wendy Hernandez
Center Administrative Assistant
whernandez@centerforhumanrights.org

///

7008 0150 0003 7947 5787

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.   1827 18th St., NW

City, State, ZIP+4   Washington, DC 20019

PS Form 3800, August 2006          See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Davis_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Capitol Process Services<br>1827 18th St., N.W.<br>Washington, D.C. 20009 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? ( *Extra Fee* )  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7008 0150 0003 7947 5787 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
JUL 0 7 2008

CENTER FOR HUMAN RIGHTS
AND CONSTITUTIONAL LAW
256 S. OCCIDENTAL BLVD.
LOS ANGELES, CA 90057

W.H. Re: TBC v Chertoff, Service of Summons
and Complaint

# Exhibit B



**CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW**
256 SOUTH OCCIDENTAL BOULEVARD
LOS ANGELES, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
www.centerforhumanrights.org

June 26, 2008

Michael Chertoff, Secretary
Department of Homeland Security
3801 Nebraska Ave., NW
Washington, DC 20528

Michael B. Mukasey
US Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington DC 20530

Robert F. Janson
Acting Executive Director,
Asset Management
US Customs and Border Protection,
1300 Pennsylvania Ave., NW
Washington, DC 20229

Dear Secretary Chertoff, Attorney General Mukasey and Acting Director Janson,

Enclosed please find a copy of the complaint as well as the summons served as to Jeffrey A. Taylor, US Attorney in Washington in the matter of *Texas Border Coalition v. Michael Chertoff, et al.*, Civil Action No.: 1:08-cv-00848 (United States District Court for the District of Columbia).

Thank you,

Wendy Hernandez
Center Administrative Assistant
whernandez@centerforhumanrights.org

///

**U.S. Postal Service**™
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To Michael Chertoff
Street, Apt. No.; or PO Box No. 3801 Nebraska Ave., NW
City, State, ZIP+4 Washington, DC 20528

PS Form 3800, August 2006          See Reverse for Instructions

7008 0150 0003 7947 5800

---

**U.S. Postal Service**™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To Michael Mukasey
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7008 0150 0003 7947 5794

---

**U.S. Postal Service**™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To Robert F. Janson
Street, Apt. No.; or PO Box No. 1300 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20229

PS Form 3800, August 2006          See Reverse for Instructions

7008 0150 0003 7947 5817

# Exhibit C

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Texas Border Coalition

　　　　　　　　　　　　Plaintiff

　　　　　　　v.

Michael Chertoff, Secretary, United States Department of
Homeland Security, et al.

　　　　　　　　　　　　Defendant

Case No.: 1:08-cv-00848

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order
SERVE TO: Jeffrey A. Taylor, U.S. Attorney
SERVICE ADDRESS: 501 3rd Street, NW, Washington, DC 20001

DATE SERVED: July 01, 2008   TIME SERVED: 3:35 PM
PERSON SERVED: Gary Nails, Correspondence Clerk, authorized to accept.

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 34    Height: 5'10"    Weight: 180

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-2-08

Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004399                                                          Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Texas Border Coalition

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary, United States
Department of Homeland Security; Robert F. Janson,
Acting Executive Director, Asset Management of U.S.
Customs and Border Protection

CASE NU

Case: 1:08-cv-00848
Assigned To : Walton, Reggie B.
Assign. Date : 5/16/2008
Description: General Civil

TO: (Name and address of Defendant)

~~Michael Chertoff~~
~~U.S. Department of Homeland Security~~
~~5001 Nebraska Ave. NW~~
~~Washington, D.C. 20528~~

Jeffrey A. Taylor
U.S. ATTORNEY
501 3RD ST. N.W.
WDC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

~~Peter A. Schey (Cal Bar #58232)~~
~~Carlos Holguin (Cal Bar # 90764)~~
~~Center for Human Rights and Constitutional Law~~
~~256 S. Occidental Blvd.~~
~~Los Angeles, CA 90057~~
~~Telephone: (213) 388-8693, ext. 304~~
~~Facsimile: (213) 386-9484~~

JIM TOM HAYNES, ESQ
1555 CONNECTICUT AVE NW
SUITE 200
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 16 2008

CLERK                                          DATE

(By) DEPUTY CLERK

Exhibit D

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _(signature)_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Michael Mukasey,
US Attorney General
US Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 21570

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7008 0150 0003 7947 5794

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _(signature)_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )  JUL 9 2008  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Michael Chertoff, Secretary
Department of Homeland Security
3801 Nebraska Ave., N.W.
Washington, D.C. 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7008

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
JUL 10 2008
W.H. BY:

CENTER FOR HUMAN RIGHTS
AND CONSTITUTIONAL LAW
256 S. OCCIDENTAL BLVD.
LOS ANGELES, CA 90057

W.H. Re: TBC v Chertoff, Service of Summons
and Complaint



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CENTER FOR HUMAN RIGHTS
AND CONSTITUTIONAL LAW
256 S. OCCIDENTAL BLVD.
LOS ANGELES, CA 90057

W.H. Re: TBC v Chertoff, Service of Summons
and Complaint

RECEIVED
JUL 16 2008
BY:

## PROOF OF SERVICE

I, Wendy Hernandez, declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057, in said county and state.

2. I hereby certify that a true and correct copy of the foregoing RETURN OF SERVICE OF SUMMONS was served via the District Court's electronic filing system on this 29th day of August, 2008 to the following counsel:

Donna S. Fitzgerald
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington D.C.  20044-0663
donna.fitzgerald@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August, 2008, at Los Angeles, California.

_____
Wendy Hernandez

/ / /